**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Alejandro Cruz-Maldonado          CHAPTER 13
                Debtor(s)

                                                 BKY. NO. 21-12063 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Community Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

                                         Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
13 Aug 2021, 12:12:00, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322