UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Alejandro Cruz-Maldonado | Bankruptcy No.21-12063-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 5th day of October, 2021, by first class mail upon those listed below:

Alejandro Cruz-Maldonado
249 North Marshall Street
Lancaster, PA  17602

**Electronically via CM/ECF System Only:**

ALAINE V GRBACH ESQ
675 ESTELLE DRIVE - REAR
LANCASTER, PA  17601-2129

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee