**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Alejandro Cruz-Maldonado             CHAPTER 13
                 Debtor(s)

                                            BKY. NO. 21-12063 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of US Bank Trust National Association, not in its individual capacity but solely as owner trustee for VRMTG Asset Trust and index same on the master mailing list.

                                                   Respectfully submitted,



Rebecca Solarz
14 Oct 2021, 11:11:01, EDT

                       KML Law Group, P.C.
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106-1532
                       (215) 627-1322