United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-12063-pmm

Alejandro Cruz-Maldonado     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Mar 17, 2022     Form ID: 155     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alejandro Cruz-Maldonado, 249 North Marshall Street, Lancaster, PA 17602-3055 |
| 14624994 | + | CITY OF LANCASTER, 120 NORTH DUKE STREET, Lancaster, PA 17602-2825 |
| 14624995 | + | CITY OF LANCASTER TAX COLLECTOR, 39 WEST CHESTNUT STREET, Lancaster, PA 17603-3510 |
| 14624993 | + | City of Lancaster, P. O. Box 1599, Lancaster, PA 17608-1599 |
| 14629628 | + | Community Loan Servicing, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14628168 | + | Community Loan Servicing, LLC, c/o Janet M Spears, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, PO Box 17933 San Diego, CA 92177-7921 |
| 14629570 | + | Community Loan Servicing, LLC, a, Delaware Limited Liability Company, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14624996 | + | DEPATMENT OF PUBLICE WELFARE, PO BOX 8486 WILLOW OAKS BUILDING, Harrisburg, PA 17105-8486 |
| 14624999 | + | LANCASTER COUNTY PROBATION, 40 E. KING STREET, SUITE 2, Lancaster, PA 17602-5313 |
| 14625000 | + | LANCASTER COUNTY TAX CLAIM BUREAU, 150 NORTH QUEEN STREET, Lancaster, PA 17603-3562 |
| 14625002 | | PPL ELECTRIC UTILITIES, PO BOX 25222, Lehigh Valley, PA 18002-5222 |
| 14625003 | | SCHOOL DISTRICT OF LANCASTER, 251 PRINCE STREET, Lancaster, PA 17603 |
| 14638425 | + | U.S. Bank Trust National Association, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14642833 | + | US Bank Trust National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14627046 | + | US Bank Trust National Association, c/o Emmanuel J. Argentieri, Esq, Romano Garubo & Argentieri, 52 Newton Ave PO Box 456, Woodbury, NJ 08096-7456 |
| 14626826 | + | US Bank Trust National Association, c/o Joshua I. Goldman, Esq., 6267 Old Water Oak Road, Suite 203, Tallahassee FL 32312-3858 |
| 14642927 | + | US Bank Trust National Association, not in its ind, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14624992 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 17 2022 23:48:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14637197 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 17 2022 23:48:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 14624997 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Mar 17 2022 23:48:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 14624998 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2022 23:56:52 | JP MORGAN CHASE BANK- NATIONAL ASSOCIATI, 1111 POLARIS PARKWAY, Columbus, OH 43240 |
| 14625001 | + | Email/Text: compliance@lctcb.org | Mar 17 2022 23:48:00 | Lancaster County Tax Collection Bureau, 1845 William Penn Way, Suite 1, Lancaster, PA 17601-4097 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Debtor Alejandro Cruz-Maldonado avgrbach@aol.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bk@rgalegal.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as owner trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Alejandro Cruz−Maldonado
    Debtor(s)

Chapter: 13
Bankruptcy No: 21−12063−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 17th day of March 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

43 − 39
Form 155