Office Mailing Address:                                                                                    Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                                                 Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                                        P.O. Box 680
Reading, PA  19606                                                                                         Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-12063-PMM**

Alejandro Cruz-Maldonado                                                    Petition Filed Date: 07/25/2021
249 North Marshall Street                                                   341 Hearing Date: 08/24/2021
Lancaster  PA    17602                                                      Confirmation Date: 03/17/2022

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/01/2021 | $100.00 | | 10/07/2021 | $100.00 | | 11/04/2021 | $100.00 | |
| 12/06/2021 | $100.00 | | 01/13/2022 | $200.00 | | 03/11/2022 | $100.00 | |
| 04/08/2022 | $200.00 | | 05/18/2022 | $300.00 | | 07/25/2022 | $900.00 | |

**Total Receipts for the Period: $2,100.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $2,100.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | COMMUNITY LOAN SERVICING LLC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FAY SERVICING LLC<br>»» 002 | Mortgage Arrears | $21,084.76 | $0.00 | $21,084.76 |
| 3 | FAY SERVICING LLC<br>»» 003 | Mortgage Arrears | $1,773.29 | $0.00 | $1,773.29 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $4,000.00 | $1,102.00 | $2,898.00 |

**Chapter 13 Case No. 21-12063-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,100.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $1,102.00 | Arrearages: | $300.00 |
| Paid to Trustee: | $170.00 | Total Plan Base: | $32,452.80 |
| Funds on Hand: | $828.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.