Certificate Number: 16339-PAE-DE-037571052

Bankruptcy Case Number: 21-12063



16339-PAE-DE-037571052

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2023, at 12:49 o'clock AM EDT, Alejandro Cruz-maldonado completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 7, 2023               By:   /s/Kelley Tipton

                                  Name: Kelley Tipton

                                  Title: Certified Financial Counselor