# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   Alejandro Cruz-Maldonado                              Case No.   21-12063
                                    Debtor(s)                 Chapter    13

## MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1.   On   July 25, 2021  , the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2.   This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.


Date   July 26, 2023                          Signature   /s/Alejandro Cruz-Maldonado
                                                          Alejandro Cruz-Maldonado
                                                          Debtor

Attorney   /s/Alaine V. Grbach
           Alaine V. Grbach 45485

Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601
717-399-8420
Fax: 1-866-928-4707
avgrbach@aol.com