Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-12063-PMM**

Alejandro Cruz-Maldonado  
249 North Marshall Street  
Lancaster  PA    17602

Petition Filed Date: 07/25/2021  
341 Hearing Date: 08/24/2021  
Confirmation Date: 03/17/2022

Case Status: Converted to Chapter 7 After Confirmation on 7/27/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/14/2022 | $300.00 | | 10/25/2022 | $300.00 | | 12/07/2022 | $300.00 | |
| 12/27/2022 | $300.00 | | 01/18/2023 | $300.00 | | 02/24/2023 | $300.00 | |
| 02/28/2023 | $300.00 | | 04/04/2023 | $300.00 | | 05/08/2023 | $300.00 | |

**Total Receipts for the Period: $2,700.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | COMMUNITY LOAN SERVICING LLC<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FAY SERVICING LLC<br>»»  002 | Mortgage Arrears | $21,084.76 | $376.35 | $20,708.41 |
| 3 | FAY SERVICING LLC<br>»»  003 | Mortgage Arrears | $1,773.29 | $31.65 | $1,741.64 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

Chapter 13 Case No. 21-12063-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,800.00 | Current Monthly Payment: | $734.80 |
| Paid to Claims: | $4,408.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $392.00 | Total Plan Base: | $32,452.80 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.