# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  Alejandro Cruz-Maldonado                                      Case No.  21-12063
                           Debtor(s)                                  Chapter   13

## Notice of Change of Address

Debtor's Social Security Number:        xxx-xx-7941

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                Alejandro Cruz-Maldonado

Street:              249 North Marshall Street

City, State and Zip: Lancaster, PA 17602

Telephone #:

**Please be advised that effective IMMEDIATELY,**
**my (our) new mailing address and telephone number is:**

Name:                Alejandro Cruz-Maldonado

Street:              5324 Princess Anne Road

City, State and Zip: Virginaia Beach, VA  23462

Telephone #:

                                                        /s/ Alejandro Cruz-Maldonado
                                                        Alejandro Cruz-Maldonado
                                                        Debtor